IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

HENRY GORHAM, JR.,

    Plaintiff,

v.

EARL BARKSDALE, *et al.*,

    Defendants.

Civil Action No. 7:15-cv-00437

By: Elizabeth K. Dillon
    United States District Judge

**FINAL JUDGMENT AND ORDER**

In accordance with the court's accompanying memorandum opinion, it is hereby ADJUDGED and ORDERED that Gorham's motion for entry of judgment (Dkt. No. 102) is GRANTED; judgment is entered in favor of defendant Lt. Gilbert and against Gorham as to Gorham's living conditions claim; judgment is entered in favor of Gorham and against defendant Officer O'Quinn as to Gorham's excessive force claim; compensatory damages in the amount of $500 and punitive damages in the amount of $1,500 are awarded in favor of Gorham and against Officer O'Quinn in his individual capacity; and this case is TERMINATED from the court's active docket.

The clerk shall send a copy of this order and the accompanying memorandum opinion to the parties.

Entered: March 31, 2018.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge